No. 55. INDIANA DEPARTMENT OF STATE REVENUE, GROSS INCOME TAX DIVISION, *v.* NEBEKER. Certiorari, 348 U. S. 808, to the Supreme Court of Indiana. Argued February 1, 1955. Decided February 7, 1955. *Per Curiam:* Affirmed on the authority of *Freeman* v. *Hewit,* 329 U. S. 249. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Lloyd C. Hutchinson,* Deputy Attorney General of Indiana, argued the cause for petitioner. With him on the brief were *Edwin K. Steers,* Attorney General, and *Carl M. Franceschini,* Deputy Attorney General. *Raymond O. Evans* argued the cause and filed a brief for respondent.

No. 179. COURTNEY ET AL. *v.* SCHROEDER. Certiorari, 348 U. S. 854, to the Supreme Court of Kansas. Argued February 4, 1955. Decided February 7, 1955. *Per Curiam:* The judgment is reversed and the case is remanded for proceedings not inconsistent with the opinion of this Court in *In re Oliver,* 333 U. S. 257. *Payne H. Ratner* argued the cause for petitioners. With him on the brief was *Keith Eales. Dale M. Stucky* argued the cause for respondent. With him on the brief were *Harold R. Fatzer,* Attorney General of Kansas, and *Warner Moore.*